PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HENKEL CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No 3:17-cv-01132-DMS-MDD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint filed:   June 5, 2017 |

1  NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal
2  Rules of Civil Procedure, Plaintiff ANTHONY BUSO voluntarily dismisses the above-
3  captioned action with prejudice.  Each party shall bear its own fees and costs.

Date: August 8, 2017            Respectfully submitted,

                                PACIFIC TRIAL ATTORNEYS
                                A Professional Corporation


                                By: */s/Scott J. Ferrell*
                                    Scott J. Ferrell
                                    Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
CERTIFICATE OF SERVICE